**J. Morris ANDERSON, Plaintiff–Appellant,**

v.

**STEERS, SULLIVAN, McNAMAR & ROGERS and Ruth E. Meyer, Defendants–Appellees.**

No. 92–3743.

United States Court of Appeals, Seventh Circuit.

Sept. 17, 1993.

POSNER, Circuit Judge.

This matter comes before the court for its consideration of the "APPELLANT'S PETITION FOR A REHEARING ON THE COURT'S ORDER OF AUGUST 13TH, 1993 IMPOSING SANCTIONS AND DOUBLE COSTS" filed herein on 8/23/93, by the pro se appellant. On consideration thereof,

IT IS ORDERED that "APPELLANT'S PETITION FOR A REHEARING ON THE

---

COURT'S ORDER OF AUGUST 13TH, 1993 IMPOSING SANCTIONS AND DOUBLE COSTS ON APPELLANT" is DENIED.